UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carlos Hopkins,
    Petitioner,

        v.            Case No. 1:18cv297

Warden, Belmont
Correctional Institution,         Judge Michael R. Barrett
    Respondent.

### ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 4, 2019 (Doc. 10).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 10) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Respondent's Motion to Dismiss (Doc. 7) is GRANTED and the Petition (Doc. 1) is **DISMISSED** with prejudice.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

    **IT IS SO ORDERED.**

                                 *s/Michael R. Barrett*
                              Michael R. Barrett, Judge
                              United States District Court